# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 8, 2022

## NO. 03-22-00293-CV

**A. A. O., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

## APPEAL FROM THE 146TH DISTRICT COURT OF BELL COUNTY
## BEFORE JUSTICES GOODWIN, BAKER, AND KELLY
## DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE BAKER

This is an appeal from the order signed by the trial court on May 11, 2022. Having reviewed the record, the Court holds that appellant has not prosecuted her appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.